**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT ASHLAND**

| | |
|---|---|
| KIMBERLY MCCLANAHAN,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No.: 0:21-cv-00018-HRW<br>)<br>) |
| PATHWAYS INC.,<br>    Defendant. | )<br>)<br>) |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

By agreement of the parties, as evidenced by signature of counsel below, and the Court having been advised that this matter has been compromised and settled in its entirety,

IT IS HEREBY ORDERED that this matter be and is hereby dismissed in its entirety, with prejudice, with each party to bear its own costs.

This 8th day of December 2021.

Signed By:
*Henry R Wilhoit Jr.*
**United States District Judge**

Have seen and agreed:

{00928175-1 } 1

*/s/ W. Mitchell Hall, Jr.*
W. Mitchell Hall, Jr.
Leigh Gross Latherow
Alexis O. Gonzalez Lopez
VANANTWERP ATTORNEYS, LLP
Avenue, Fifth Floor
P.O. Box 1111
Ashland, KY 41105-1111
Telephone:   (606) 329-2929
Telefax:   (606) 329-0490
mhall@vanattys.com
llatherow@qattys.com
agonzalez@vanattys.com
**Attorneys for Defendant**

*/s/ Kelly Mulloy Myers*
Kelly Mulloy Myers (86727)
Freking Myers & Reul LLC
600 Vine Street, 9th Floor
Cincinnati, OH 452021544 Winchester
513-721-1975 / Fax: 513-651-2570
kmyers@fmr.law
**Attorney for Plaintiff**

{00928175-1 }